# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| TERRELL CASON, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 3:06-CV-0228 AS |
| JOHN WEBB, *et al.*, | ) |
| Defendants. | ) |

## *OPINION AND ORDER*

Terrell Cason filed this *pro se* action pursuant to 42 U.S.C. § 1983, naming several Indiana Department of Correction officials as defendants. The Marshals Service was unable to serve process on defendant John Morgan. The remarks portion of Form USM-285 establishes that service was returned unexecuted because "there is no staff member by this name" at the Indiana State Prison, and "never has been."

The U.S. Marshal's office is charged with effecting service of process for inmates confined in state penal institutions. But the prisoner must furnish the Marshals Service with information necessary to identify the defendants. *Sellers v. United States*, 902 F.2d 598, 602 (7th Cir. 1990).

If service had failed on defendant Morgan because he no longer worked at the facility, the court would order the clerk to issue an alias summons and direct the marshals service to attempt to locate him. But this procedure makes no sense where no person named John Morgan ever worked at the facility.

For the foregoing reasons, the court affords the plaintiff to and including July 31, 2006, within which to provide the marshals service with a correct name

for this defendant and the materials necessary to serve him with process in this case. The court advises the plaintiff that if he does not provide this information, the court may dismiss defendant Banks pursuant to Fed. R. Civ. P. 4(m) without prejudice and without further notice.

**IT IS SO ORDERED**.

Dated this 5th Day of July, 2006.

s/Christopher A Nuechterlein  
Christopher A. Nuechterlein  
United States Magistrate Judge