### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | | |
|---|---|---|
| **TERRELL CASON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CAUSE NO. 3:06-CV-0228 AS** |
| | ) | |
| **JOHN WEBB, Captain, JOHN KEEFE,** | ) | |
| **Sergeant, JOHN KNAPPE, Sergeant,** | ) | |
| **JOHN TATUM, Sergeant, JOHN** | ) | |
| **MORGAN, Captain, JOHN SWEDERSKY,** | ) | |
| **Officer, JOHN SCOTT, Officer, CECIL** | ) | |
| **DAVIS, Superintendent, DAWN BUSS,** | ) | |
| **Assistant Superintendent,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### *OPINION AND ORDER*

Terrell Cason, a prisoner currently confined at the Pendleton Correctional Facility, submitted a complaint under 42 U.S.C. § 1983, alleging that Indiana State Prison officials violated his federally protected rights while he was housed there. The court screened the complaint pursuant to 28 U.S.C. § 1915A, granted the plaintiff leave to proceed against defendants John Webb, John Keefe, John Knappe, John Tatum, John Morgan and John Swedersky in their personal capacities for damages on his Eighth Amendment claims, and dismissed all other claims and defendants. On December 21, 2006, the court granted summary judgment to defendants H. Morton and John Swedersky.

On January 24, 2007, the defendants served interrogatories on the plaintiff, who did not respond. On April 17, 2007, the court granted the defendants' motion to compel, and ordered the plaintiff to respond to the discovery requests by May

18, 2007. The plaintiff has filed no response to discovery with the court, as required by Local Rule 26.2(e); the defendants state that he sent them some sort of response, but that he refused to provide answers to some of the interrogatories.

The defendants have now moved to dismiss this complaint pursuant to Fed. R. Civ. P. 37(b) or Fed. R. Civ. P. 41(b). The plaintiff has not responded to the defendants' motion. Indeed, according to the docket, the plaintiff has filed nothing with this court since December 29, 2006.

The defendants state that they wish to file a dispositive motion addressing the merits, but have been unable to do so because the plaintiff has not provided adequate responses to their discovery requests. The defendants sought, and received, an order compelling discovery, which the plaintiff has not complied with. Fed. R. Civ. P. 41(b) provides that the court may involuntarily dismiss a complaint if the plaintiff fails to prosecute his claim or fails to comply with an order of this court. The record sufficiently establishes that this plaintiff has not prosecuted his claim and has not complied with the court's order to compel discovery.

For the foregoing reasons, the court **GRANTS** the defendants' motion to dismiss (docket #44), and **DISMISSES** this complaint without prejudice pursuant to Fed. R. Civ. P. 41(b)..

**IT IS SO ORDERED.**

**ENTERED**: August 29, 2007

S/ ALLEN SHARP
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**